## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN MCGRAW,

     Plaintiff,
                                                                    ORDER

v.
                                                        Case No.  18-cv-950-jdp

DIVINE ORDERS CATERING LLC ET AL,

     Respondents.

Plaintiff Kevin McGraw has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than December 12, 2018. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

## ORDER

IT IS ORDERED that plaintiff Kevin McGraw may have until December 12, 2018 to submit a trust fund account statement for the period beginning approximately May 19, 2018 and ending approximately November 19, 2018.  If, by December 12, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 19th day of November, 2018.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge