IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN McGRAW,

    Plaintiff,

v.

DIVINE ORDERS CATERING LLC and
LAVERNE M. BUCHANAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-950-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/                                                                                 12/20/2018

Peter Oppeneer, Clerk of Court                       Date